WILLIAM B. WEAVER, Respondent, *v.* AUGUSTA EDWARDS et al., as Executors, etc., Impleaded, etc., Appellants.

(Argued March 14, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made January 26, 1886, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*George Beckwith* for appellants.

*R. Corbin* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

FRANCIS ANO, Respondent, *v.* BENTON TURNER, Appellant.

(Argued March 14, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 17, 1888, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*George H. Beckwith* for appellant.

*R. Corbin* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.